JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIE BETH LISELL )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY )<br>)<br>Defendant )<br>_____ ) | CASE NO. CV 13-8719 FFM<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920<br><br>_____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys' fees under EAJA,

IT IS HEREBY ORDERED

That   EAJA fees are awarded in the amount of   $3,550.00, subject to the terms of the stipulation.

Dated:   January 15, 2016

   /s/ Frederick F. Mumm
   FREDERICK F. MUMM
   U.S. Magistrate Judge